# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:    Rafael Rivera,  ) | CHAPTER 13 |
| )  | |
| Debtor  ) | |
| )  | CASE 11-24956 |
| )  | |
| RAFAEL RIVERA  ) | |
| )  | |
| Debtor / Plaintiff  ) | ADVERSARY CASE: |
| )  | |
| V  ) | No:_____ |
| )  | |
| SELECT PORTFOLIO SERVICING, ) | |
| INC.  ) | |
| )  | |
| Defendant  ) | |
| _____) | |

## COMPLAINT
## FOR VIOLATION OF DISCHARGE INJUNCTION

1. This complaint is filed by the Debtor in the above captioned chapter 13 case. This Court has jurisdiction over this proceeding which arises in a case under the Bankruptcy Code and concerns property of the Debtors, pursuant to 28 U.S.C. § 1334. This is a core proceeding.

2. Debtor filed its Chapter 13 Petition on December 5, 2011.

3. In the Chapter 13 case, Debtor filed its Amended Motion to Determine Secured Status of Claim on February 8, 2012 (the "Motion to Strip Lien") related to a second mortgage held by BAC Home Loan Servicing, LP ("BAC"). The second mortgage (the "Lien") encumbered Debtor's home at 3875 Overlake Drive Cumming, GA 30041 (the "House").

4. On March 19, 2012, the Court entered its Order granting the Motion to Strip Lien (the "Order") (Doc.No.27) (attached as **Exhibit A**). The Order expressly held that the Lien held by BAC shall be treated entirely as a general non-priority unsecured claim. The Order further held that upon discharge of Debtor, the Security Deed recorded at Book 5229, Page 310 in the official records of Forsyth County shall be extinguished automatically.

5. Out of an abundance of caution, Debtor also filed a Notice of Cancellation of Lien in the public records of Forsyth County on September 27, 2017 at Book 8340, Page 553. (See **Exhibit B**)

6. Debtor completed his Chapter 13 Plan and received a Discharge of all debts on May 11, 2017. (Doc. No. 88).

7. Notwithstanding the extinguished Lien and the discharge of all general unsecured debts, including the debt that was secured by the Lien (the "Debt"), Select Portfolio Servicing Inc. ("SPS"), as successor to BAC, is attempting to collect the Debt from the Debtor.

8. SPS has been informed of this violation by undersigned counsel and has refused to correct its statements and cease collection activities against Debtor.

9. Defendant has refused to release the lien on Debtors' homestead, claiming instead that the Debtor voluntarily modified his existing first mortgage by adding the discharged amount of the discharged Second Mortgage.

10. Defendant has violated 11 U.S.C. § 524 by attempting to collect the discharged debt and by continuing to list the discharged debt in the accounting showing all sums due from Debtor to SPS.

11. A sample collection notice which includes the sums discharged in the Second Mortgage is attached hereto as *Exhibit C*.

12. WHEREFORE, Plaintiff prays the Court:

   a. Order Defendant to release the lien on Plaintiff's property as to the value of the Second Mortgage;

   b. Find that Defendant is in contempt of Court for violating 11 U.S.C. §§ 362 and 524;

   c. Award Plaintiffs damages, costs and attorney's fees pursuant to 11 U.S.C. § 362 and for punitive and exemplary damages.

    d.    Order such other relief as is just and proper.

This 6th day of March, 2025

                                              Respectfully,

                                              _____/s/_____
                                              Howard P. Slomka
                                              Georgia Bar #652875
                                              Attorney for the Debtor
                                              Howard Slomka, PC
                                              6400 Powers Ferry Road, Suite 200
                                              Atlanta, GA 30339
                                              Howie@Slomka.us
                                              770-856-5793

# EXHIBIT A



**IT IS ORDERED as set forth below:**

Date: March 19, 2012

Robert E. Brizendine
U.S. Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:<br>Rafael Rivera | ) | CHAPTER 13 |
| Debtor. | )<br>)<br>) | CASE NO. 11-24956-reb |
| Rafael Rivera | )<br>) | |
| Movant,<br>vs. | )<br>)<br>) | CONTESTED MATTER |
| BAC Home Loans Servicing, LP | )<br>) | |
| Respondent. | ) | |

**ORDER GRANTING DEBTORS MOTION TO DETERMINE SECURED STATUS OF CLAIM**

The above matter came before the Court on March 7, 2012 on Debtor's Motion to Determine Secured Status of Claim (the "Motion") [Docket No. 22]. Debtor seeks a determination that the second priority lien held by BAC Home Loans Servicing, LP (the "Lien") on Debtor's residence located at 3875 Overlake Drive, Cumming, GA 30041 (the "Property") is completely unsecured because, based upon the Property's value and the amount of the first priority mortgage, there is no

equity in the Property to which the Lien can attach. No party filed a response or otherwise appeared in opposition to Debtor's Motion; therefore, it is hereby

**ORDERED** that Debtor's Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtor's chapter 13 case, the claim of BAC Home Loans Servicing, LP related to the Lien shall be treated as a general non-priority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the Lien of BAC Home Loans Servicing, LP evidenced by a security deed recorded in the Superior Court of Forsyth County at Deed Book [5229], Page [310], shall be deemed void, and shall be extinguished automatically without further order pursuant to 11 U.S.C. section 506(d); provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. section 1328(a). In the event the Debtor's case is dismissed or converted to chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. sections 349(b)(1)(C) or 348(f)(1)(B) as applicable.

**END OF DOCUMENT**

PREPARED BY:

/s/ Howard Slomka
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slomka Law Firm
1069 Spring Street, NW
Suite 200
Atlanta, GA 30309
Phone: 678.732.0001

NO OPPOSITION:

/s/
Eric Roach, Staff Attorney for
Trustee Nancy J Whaley
GA Bar No. 143194
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

## DISTRIBUTION LIST

The Slomka Law Firm
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309

Nancy J Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Brian T. Moynihan, CEO or his successor
Bank of America Corporation
401 N Tryon Street
NC1-021-02-20
Charlotte, NC 28255-0001

Lisa F. Caplan, Esq..
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 400
Norcross, GA 30092

BAC Home Loans Servicing, LP
Bankruptcy Department
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA

BAC Home Loan Servicing, LP
400 Countrywide Way
Simi Valley, CA 93065

Rafael Rivera
3875 Overlake Drive
Cumming, GA 30041

# EXHIBIT B

Type: STATE LAND RECORDS
Recorded: 9/27/2017 4:28:00 PM
Fee Amt: $20.00 Page 1 of 5
Forsyth County, GA
Greg G. Allen Clerk Superior Ct

Participant ID:

**BK 8340 PG 553 - 557**

<u>Cross References:</u>
Book 5229, Page 310 (Assignment)
Book 4265, Page 158 (Second Mortgage)

Prepared by and return to:
Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Suite 1700 Atlanta, GA 30339
(404)800-4001
HS@myatllaw.com

# NOTICE OF CANCELLATION OF LIEN

The undersigned counsel represented Rafael Rivera ("Owner") in his Chapter 13 Bankruptcy (Case 11-24956) filed on December 5, 2011 in the U.S. Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy").

As part of the Bankruptcy, Owner filed a Motion to Determine Secured Status of Claim (the "Motion") of the second mortgage held by BAC Home Loans Servicing, LP ("Lender") as amended or assigned (the "Second Mortgage"). Such a motion is commonly referred to as a motion to strip a lien. The Bankruptcy Court granted the Motion on March 19, 2012 when it issued the Order attached hereto as *Exhibit A* (the "Order"). Owner received his discharge in the Bankruptcy on May 11, 2017.

<u>Pursuant to the Order, Owner's property at 3875 Overlake Drive, Cumming GA 30041 is no longer encumbered by the lien of the Second Mortgage.</u> This Notice is filed to put this matter in the public record and so that all future buyers, lenders, or interested parties can rely on the cancellation of the Lender's security interest in the property.

Submitted this 26th day of September, 2017

_____
Howard P. Slomka, Esq.

State of Georgia
County of Cobb

Sworn to and subscribed before me on the date shown above.

Notary: _____

Witness: Robin Brazil

Seal: [Notary Seal - Stacey E. Simmons, Notary Public, Clayton County, Georgia, Commission Expires March 18, 202_]

# EXHIBIT A

[Order Stripping Lien]

**IT IS ORDERED as set forth below:**

Date: March 19, 2012

Robert E. Brizendine
U.S. Bankruptcy Court Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:<br>Rafael Rivera | ) | CHAPTER 13 |
| Debtor. | )<br>)<br>) | CASE NO. 11-24956-reb |
| Rafael Rivera | )<br>) | |
| Movant,<br>vs. | )<br>)<br>) | CONTESTED MATTER |
| BAC Home Loans Servicing, LP | )<br>) | |
| Respondent. | ) | |

## ORDER GRANTING DEBTORS MOTION TO DETERMINE SECURED STATUS OF CLAIM

The above matter came before the Court on March 7, 2012 on Debtor's Motion to Determine Secured Status of Claim (the "Motion") [Docket No. 22]. Debtor seeks a determination that the second priority lien held by BAC Home Loans Servicing, LP (the "Lien") on Debtor's residence located at 3875 Overlake Drive, Cumming, GA 30041 (the "Property") is completely unsecured because, based upon the Property's value and the amount of the first priority mortgage, there is no

equity in the Property to which the Lien can attach. No party filed a response or otherwise appeared in opposition to Debtor's Motion; therefore, it is hereby

**ORDERED** that Debtor's Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtor's chapter 13 case, the claim of BAC Home Loans Servicing, LP related to the Lien shall be treated as a general non-priority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the Lien of BAC Home Loans Servicing, LP evidenced by a security deed recorded in the Superior Court of Forsyth County at Deed Book [5229], Page [310], shall be deemed void, and shall be extinguished automatically without further order pursuant to 11 U.S.C. section 506(d); provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. section 1328(a). In the event the Debtor's case is dismissed or converted to chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. sections 349(b)(1)(C) or 348(f)(1)(B) as applicable.

**END OF DOCUMENT**

| PREPARED BY: | NO OPPOSITION: |
|---|---|
| /s/ Howard Slomka<br>Howard Slomka, Esq.<br>GA Bar #652875<br>Attorney for Debtor<br>Slomka Law Firm<br>1069 Spring Street, NW<br>Suite 200<br>Atlanta, GA 30309<br>Phone: 678.732.0001 | /s/<br>Eric Roach, Staff Attorney for<br>Trustee Nancy J Whaley<br>GA Bar No. 143194<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303 |

## DISTRIBUTION LIST

The Slomka Law Firm
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309

Nancy J Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Brian T. Moynihan, CEO or his successor
Bank of America Corporation
401 N Tryon Street
NC1-021-02-20
Charlotte, NC 28255-0001

Lisa F. Caplan, Esq..
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 400
Norcross, GA 30092

BAC Home Loans Servicing, LP
Bankruptcy Department
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA

BAC Home Loan Servicing, LP
400 Countrywide Way
Simi Valley, CA 93065

Rafael Rivera
3875 Overlake Drive
Cumming, GA 30041

# EXHIBIT C

**SPS** SELECT Portfolio SERVICING, inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 www.spservicing.com

Sign up for paperless delivery at www.spservicing.com 🍃 Paperless

**Mortgage Statement**
Statement Date: 12/13/2024
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday    8:00AM - 9:00PM ET
Saturday            8:00AM - 2:00PM ET

*For other important information, see reverse side*

+ 2159910 000048126 1300    P2

Rafael Rivera
3875 Overlake Dr
Cumming, GA 30041-2843

48126

| | |
|---|---|
| Account Number | 0015707946 |
| Property Address | 3875 OVERLAKE DR CUMMING GA 30041 |
| Account Due Date | 01/01/2025 |
| Payment Due Date | 01/01/2025 |
| **Payment Amount** | **$2,119.66** |

### Explanation of Payment Amount

| | |
|---|---:|
| Principal | $528.24 |
| Interest | $1,048.38 |
| Escrow (Taxes and Insurance) | $543.04 |
| **Regular Monthly Payment** | **$2,119.66** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Payment Amount** | **$2,119.66** |

### Account Information

| | |
|---|---:|
| Interest Bearing Principal | $372,756.30 |
| Deferred Principal | $119,882.69 |
| Outstanding Principal [1] | $492,638.99 |
| Interest Rate (Fixed) | 3.375% |
| Prepayment Penalty | No |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

### Transaction Activity (11/15/2024 to 12/13/2024)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---:|---:|---:|---:|---:|---:|
| 11/15 | BEG BALANCE | $493,245.87 | $1,050.08 | $508.25 | $0.00 | $0.00 | $494,804.20 |
| 11/30 | PAYMENT | (526.54) | (1,050.08) | (543.04) | 0.00 | 0.00 | (2,119.66) |
| 11/30 | PRINCIPAL PAYMENT | (80.34) | 0.00 | 0.00 | 0.00 | 0.00 | (80.34) |
| 12/13 | ENDING BALANCE | $492,638.99 | $0.00 | ($34.79) | $0.00 | $0.00 | $492,604.20 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---:|---:|
| Principal | $606.88 | $6,999.24 |
| Interest | $1,050.08 | $12,711.33 |
| Escrow (Taxes and Insurance) | $543.04 | $6,989.43 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$2,200.00** | **$26,700.00** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.



**Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.**

 My Account    Assistance Programs    Statements & Letters    Documents    SPS

## Account Information Summary

🖨 Print

### Account Information

| | |
|---|---|
| Account Number | 0015707946 |
| Borrower Name | RAFAEL RIVERA |
| Co-borrower Name | |
| Origination Date | 5/3/2006 |
| Original Loan Amount | $424,000.00 |
| Loan Type | Conventional Without PMI |
| Interest Rate | 3.375% |
| Maturity Date | 6/2036 |

### Last Payment Received / Scheduled Payment

| | |
|---|---|
| Date | 1/31/2025 |
| Amount | $2,200.00 |

### Current Balances / Year-to-Date Balances

| | |
|---|---|
| Principal | $491,420.12 |
| Escrow | $1,120.87 |
| Late Charges | $0.00 |
| Total Fees | $0.00 |

*If the account has an adjustable or step interest rate feature, the interest rate shown above may not be the current interest rate in effect on the account, but rather, it is the interest rate in effect as of the date through which the account is paid. Please contact us regarding any questions you may have regarding the interest rate or other aspects of the account.

Need further information, please Contact Us

---

**OUR POLICIES**

Privacy Practices and Policy
Terms of Use
Legal

**ABOUT SPS**

Join Our Team
Contact Us
Newsroom
Resource Center
SPS REO Properties
Licensing (NMLS ID: 3114)
NMLS
Commercial Customers

**Site Map**

SPS may provide links to external websites to which we have no control over the content or accuracy. These websites are provided solely for your convenience. Please contact the administrators of such websites with any questions or concerns regarding those websites.
© Copyright 2025 Select Portfolio Servicing, Inc. All rights reserved
Reproduction in whole or in part without permission is prohibited
This site is best viewed in Microsoft Edge browser

