## AFFIDAVIT OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

Case Number: 25-02005-JRS

Debtor / Plaintiff:
**RAFAEL RIVERA**

vs.

Defendant:
**SELECT PORTFOLIO SERVICING, INC.**

Received by Veritext Legal Solutions on the 11th day of March, 2025 at 12:26 pm to be served on **Select Portfolio Servicing, Inc. c/o Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Kimberly Greenway, being duly sworn, depose and say that on the **12th day of March, 2025** at **12:29 pm, I:**

served **Select Portfolio Servicing, Inc. c/o Corporation Service Company** by personally serving **Alisha Smith, Intake specialist** located at **2 Sun Court, Suite 400, Peachtree Corners, GA 30092** with: SUMMONS IN AN ADVERSARY PROCEEDING; COMPLAINT FOR VIOLATION OF DISCHARGE INJUNCTION; EXHIBITS;.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: Black, Height: 5'9", Weight: 130, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 12th day of March, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Kimberly Greenway**
GCPS #206

**Veritext Legal Solutions**
633 E. Colonial Drive
Orlando, FL 32803
(800) 275-7991

Our Job Serial Number: KGS-2025011849
Ref: 7238016